**Order filed June 12, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00130-CV

———————

### CAN CONG CHAU, Appellant

### V.

### HOUSTON EVICTIONS FOR DANNY TRAN, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1104795**

---

## O R D E R

Appellant's brief was due May 31, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 27, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM